**Darrell J. WILLIAMS, Plaintiff— Appellant,**

v.

**Sergeant JACKSON, Disciplinary Hearing Officer, Alvin S. Glenn Detention Center; Warden, Alvin S. Glenn Detention Center, a/k/a Renaldo Meyers, Defendants—Appellees.**

No. 09–6336.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 18, 2009.

Decided: Nov. 3, 2009.

Darrell J. Williams, Appellant Pro Se. Daniel C. Plyler, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell J. Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Jackson,* No. 8:07–cv–03661–CMC, 2009 WL 363450 (D.S.C. Feb. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*